IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

XZAVIOR GOODWIN,

    Plaintiff,

  v.

Case No. 17-cv-844-jdp

TREVOR ZERBER AND MICHAEL DITTMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |