IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*****************************************************************

XZAVIOR LEE COODWIN,

                Plaintiff-Appellant,

-vs-               §1983 Case No. 17-cv-00844-jdp.

CORRECTIONAL OFFICER ZERBE
[TREVOR] and MICHAEL DITTMAN,

                Defendant[s]-Appellee[s].

*****************************************************************

## PRO SE [PRISONER] PLAINTIFF:
### [NOTICE OF APPEAL]

*****************************************************************

**Notice** is hereby given that Xzavior Lee Goodwin DOC 603124A] Plaintiff aboved named, hereby Appeals to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment in a Civil Case (Dkt. #56:1), filed in this 42 U.S.C. §1983 action on the 26th day of March, 2020, by the Honorable James D. Peterson, presiding Chief Judge for the United States District Court for the Western District of Wisconsin. From the [Default] Grant of Summary Judgment by Order Issuance of the District Court Judge dated March 26, 2020 (Dkt. #55:1-5).

Additionally brought up for Appellate Review, will be the District Courts' February 21, 2019 filed [Denial] of Leave To File An Amended §1983 Civil Rights Complaint (Dkt. #____/Dkt. #19), "Clarifying" the §1983 Lawsuit Claim Raised, as that of Intentional Systemic Callous Disregard To The Rights Of Prisoners' Not To Be Issued The Incorrect Medication By Front-Line Officer(s) Now In Excess Of 20-Year(s) After The Chroinc Problem Was First Acknowledged By State Prison Administrator(s); (Dkt. #20:35-42/

-1-

¶¶61-62). Instead of the [Incorrect] conclusion of the District Court during its initial Screening Review, that the Issue that the Unskilled in Law and Litigation [Prisoner] appeared to be asserting was a State Law [Negligence] Claim for the Receipt of the Incorrect Medication (Dkt. #08 :3-5 / 12-14-2017 Order).

Finally, the Issue of the Courts' [Default] Grant of Summary Judgment will be Litigated in regard to the [Rote] Decision of the District Court in concluding that a Deterimed Mentally Disabled [Prisoner] could sufficiently traverse the Summary Judgment litigation requirements of the Denial of Medical Treatment Issue, because in the Courts view it was a certain loser Issue that Plaintiff had been allowed to proceed upon (Dkt. #55:4-5). Thus, the Prison Staff harassment of his receipt of needed Inmate-To-Inmate Legal Assistance (Dkt. #55:1-2), along with the fact that this court would never have ruled in the [Prisoner's] favor on this Issue he was allowed to proceed on (Dkt. #55:4); Rendered Need Of Legal Assistance Moot..

Hereby, this Notice of Appeal, will be Appellants' review submission of the Courts, **March 26, 2020 Opinion and Order** (Dkt. #55:1-5); **June 25, 2019 Order** (Dkt. #43:1-3); **February 21, 2019 Order** (Dkt. #___:1-3); and **December 14, 2017 Opinion and Order** (Dkt. #08:1-5), to the United States Court of Appeals for the Seventh Circuit, collectively.

Dated this 17th day of April, 2020. Portage; Wisconsin.

XLG-OBM/File.                                      Respectfully Filed By:

E-Mail/Filed/Service:
    Eliot M. Held, AAG.                    Xzavior Lee Goodwin    #603124
    Hector Al-Homsi, AAG.                  [Pro Se] In Forma Pauperis.
    Post Office Box 7857                   Columbia Correctional Institution
    Madison;  Wisconsin.                   Post Office Box 900 / CCI-Unit-#4.
               53707-7857                  Portage;   Wisconsin.   53901-0900